# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061647

LAW OFFICES OF KIMBERLY A. ECKERT
5235 South Kyrene Road Suite 206
Tempe, Arizona 85283
(480) 456-4497 Fax (866) 583-6073
Kimberly A. Eckert – 015040
keckert@arizlaw.biz
**Attorney for Plaintiff**

OFFICE OF GENERAL COUNSEL
RECEIVED
JUL 0 8 2021

# IN THE SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

MARK KLAMRZYNSKI,

Plaintiff,

v.

MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, a jural entity, and JACQUELINE V. SMITH, SUSAN BITTER SMITH, LINDA THOR, TOM NERINI, JEAN MCGRATH, JULISSA MUNOZ, KATHLEEN WINN, and MARIE SULLIVAN as individuals and Governing Board Members,

Defendants.

CV

CV2021-093023
**COMPLAINT**

**(Request for Jury Trial)**

Plaintiff Mark Klamrzynski, by and through undersigned counsel, hereby states as his Complaint as follows:

1. Plaintiff Mark Klamrzynski is a citizen and resident of Arizona.

2. Defendant Maricopa County Community College District ("MCCCD") is a jural entity formed under Arizona law. Defendants Jacqueline V. Smith, Susan Bitter Smith, Linda Thor, Tom Nerini, Jean McGrath Julissa

-1

Munoz, Kathleen Winn, and Marie Sullivan are individuals and members of the governing Board of MCCCD.

3.      Jurisdiction is appropriate in this Court pursuant A.R.S. § 23-1502(A), and Arizona Civil Rights Act (ACRA), §§ 41-1401 to 41-1492 and federal law as to those claims including Americans with Disabilities Act, 42 U.S.C. § 12112 et seq, and Title VII of the Civil Rights Act of 1964.

4.      Venue is appropriate in the Arizona

5.      Plaintiff has timely complied with all administrative processes and has obtained a Right to Sue Letter from the Equal Employment Opportunity Commission dated March 24, 2021, as part of a work sharing agreement with the Arizona Attorney General's Office.  It was received by Plaintiff on March 29, 2021. A Notice of Claim was also timely served pursuant to A.R.S. § 12-821/01 and A.R.S. §15-1401.

6.      Defendant MCCCD has more than 15 employees and the governing Board consists of the individuals named herein who are responsible for the actions of the employees.

7.      This case is a Tier 2 case for purposes of discovery and a jury trial is requested.

8.      Plaintiff was employed by Defendant MCCCD in Maricopa County, Arizona. He was a long time employee at Phoenix College, working as

-2

an adjunct professor since 1984 as an accounting professor, possibly the longest tenured adjunct professor at Phoenix College and Rio Salado College with over 100 semesters completed.

9.     Plaintiff spent his career working in accounting including with a public accounting firm, the United States Attorneys' Office and Arizona Corporation Commission as a CPA and forensic investigator in fraud investigations.

10.     In March of 2019, Plaintiff was approached by a new Rio Salado College department chair, Lily Davidov, to help her create some new classes. It appears she wanted to compete with some of the private schools and create an "enrolled agent" test prep course.

11.     Plaintiff worked with Ms. Davidov to do so even though she told him he would not be compensated. In April, she asked him to attend a district wide department chair meeting.  Despite clear documentation of this request, Ms. Davidoff has oddly denied she invited him.

12.     On the way to the meeting, Plaintiff had a heart attack, eventually having five stints placed in his chest, completing the process on May 14. He also had other health matters, some that resulted in 17 days of hospitalization.

-3

13.     Plaintiff requested sick leave during this time period but was denied despite the leave time being available.  The excuse after the fact from Ms. Davidoff was "I didn't know I had to 'reinstate' your contract."

14.     Ms. Davidov was told of another health issues as well. Despite Plaintiff being ill and hospitalized, he continued to teach his classes.

15.     On May 28, 2019, after numerous time-consuming emails sent by Jessica in the District Human Resources Department. Plaintiff drafted an email and sent it to Ms. Davidoff to review and comment before he sent it to anyone.

16.     The email was basically to explain how MCCCD was violating Arizona state law under Proposition 206 concerning the non-payment of sick leave to the Plaintiff. Davidoff never responded to him and he never sent the email to the Human Resources Department or anyone else.

17.     Plaintiff was offered and signed a new contract for the upcoming session for May 8-August 21, 2019.

18.     He had been scheduled for the September 12 faculty meeting but then was "uninvited" and did not receive a new contract despite 35 years of work.

19.     MCCCD later claimed that Plaintiff was not scheduled for the September faculty meeting because Ms. Davidov was terminating him because of "discourteous treatment."

-4

20.    Despite efforts to communicate with Ms. Davidoff and find out why a new contract was not provided as it had been for 35 years, it was not until he filed his EEOC complaint that he found out he was terminated effective December 2.

21.    The Rio Salado/MCCCD response showed complete disrespect for Plaintiff, inappropriate comments were made about him, and it showed a complete failure to justify the actions taken against Plaintiff.

22.    MCCCD made attempts to later justify its discrimination by going back to an "incident" five contracts prior and ignored the complete lack of communication skills by MCCCD employees as well as the incompetence of Ms. Davidoff.

23.    Under the employment discrimination provisions of the ADA prohibits an employer from discriminating "against a qualified individual on the basis of a disability." 42 U.S.C. § 12112(a). Claims brought by an employee under the ADA are "subject to the burden-shifting framework" laid out in *McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 802-04 (1973). *See Curley v. City of North Las Vegas,* 772 F.3d 629, 632 (9th Cir. 2014).

24.    Under the *McDonnell Douglas* framework, the employee bears "the initial burden of establishing a prima facie case of discrimination." *Id.* Thus, the employee must present facts demonstrating that (1) he "is a disabled person

-5

within the meaning of the ADA"; (2) that he can "perform the essential functions" of his job "with or without a reasonable accommodation"; and (3) that his employer terminated him because of his disability. *Nunes v. Wal-Mart Stores, Inc.*, 164 F.3d 1243, 1246-47 (9th Cir. 1999).

25.     After 35 years of work and an admission that a new contract was appropriate in May and request for assistance in April, there is a prima facie case of discrimination.

26.     The burden shifts to his employer "to provide a legitimate, nondiscriminatory [] reason for the adverse employment action." *Id.; Metoyer v. Chassman,* 504 F.3d 919, 931 n.6 (9th Cir. 2007).

27.     Under Arizona law as well, there is a wrongful termination claim under *Wagenseller v. Scottsdale Memorial Hospital,* 147 Ariz. 370, 710 P.2d 1025 (1985), in which the Arizona Supreme Court recognized a tort for wrongful discharge from employment when the reason for the discharge violates public policy.

28.     An ADA discrimination claim "requires proof that the plaintiff: (1) is disabled within the meaning of the ADA; (2) is qualified to perform the essential functions of the job with or without reasonable accommodation; and (3) was discriminated against or terminated by the employer because of the

disability." *MacLean v. State Dep't of Educ.*, 195 Ariz. 235, 241, ¶ 23 (App. 1999).

29.     The only thing that changed about Plaintiff's situation was his health. The pretext claim that is demonstrably false makes that clear.

30.     Under the Arizona Civil Rights Act, A.R.S. § 41-1481 et seq., discrimination in employment is prohibited.

COUNT ONE<br>Disability Discrimination<br>(Federal law)

31.     Plaintiff adopts and incorporates all allegations above in paragraphs 1-30.

32.     Defendant MCCCD had more than 15 employees at all times relevant to these claims.

33.     Here, Plaintiff was discriminated against in the workplace when his contract was terminated/not renewed after he suffered health issues of which Defendants were aware.

34.     The ADA provides that "[n]o covered entity shall discriminate against a qualified individual on the basis of disability in . . . the . . . discharge of employees." 42 U.S.C. § 12112(a).

35.     Plaintiff was "disabled" within the meaning of the ADA, he was qualified for the job and able to perform the essential functions of the job as he

had done for decades; and MCCCD terminated his employment because of his disability.

36.     The ADA prohibits "adverse employment decisions motivated, even in part, by animus based on plaintiff's disability or request for an accommodation—a motivating factor standard." *Head v. Glacier Nw., Inc.*, 413 F.3d 1053, 1065 (9th Cir. 2005), *abrogated on other grounds by Univ. of Tex. Sw. Med. Ctr. v. Nassar,* 133 S.Ct. 2517, 2533 (2013).

37.     Plaintiff was damaged by the actions of the Defendants in violation of law.

COUNT TWO
Disability Discrimination
(State law)

38.     Plaintiff adopts and incorporates all allegations above in paragraphs 1-37.

39.     A.R.S. §§ 41-1461 to -1468, 41-1481 to -1485 prohibit employment discrimination including disability discrimination under A.R.S. § 41-1463.

40.     ACRA defines an employer's "unlawful employment practices" as discrimination based on race, color, religion, sex, age, national origin or disability in failing or refusing to hire an individual; discharging an individual; classifying employees; or advertising for employment; as well as discrimination

against an employee or applicant based on his or her participation in an enforcement proceeding against the employer. §§ 41-1463(B), 41-1464.

41.     Plaintiff was discriminated against after he developed health issues of which the Defendants were aware.

42.     Plaintiff was damaged by the Defendants when he was discriminated against during his employment including when he was in effect terminated from his position.

## PUNITIVE DAMAGES

43.     In committing daily discrimination against Plaintiff, Defendant MCCCD acted with an evil mind consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to others and MCCCD did nothing to stop the behavior despite being told of it occurring.

## PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons, Plaintiff requests the following:

A. General and special damages caused by the conduct of the Defendants in an amount to be determined at trial including lost wages and emotional and physical damages;

B. Punitive damages;

C. Attorneys' fees and costs; and

D. And, such other and or further relief as may be justified under the applicable facts and circumstances.

DATED this 28th day of June, 2021.

By:/s/ Kimberly A. Eckert
Kimberly A. Eckert
Attorney for Plaintiff

-10

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061648

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**
Kimberly A Eckert
Bar Number: 015040, issuing State: AZ
Law Firm: Law Offices of Kimberly A. Eckert
5235 S. Kyrene Rd Suite 206
Tempe, AZ 85283
Telephone Number: (480)456-4497
Email address: kimeckertmoore@gmail.com

CV2021-093023

**Plaintiff:**
MARK KLAMRZYNSKI

**Defendants:**
MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT
2411 W. 14th St.
Tempe, AZ 85281

JACQUELINE V. SMITH

SUSAN BITTER SMITH

LINDA THOR

TOM NERINI

JEAN MCGRATH

JULISSA MUNOZ

KATHLEEN WINN

MARIE SULLIVAN

Discovery Tier t2

Case Category: Other Civil Case Categories
Case Subcategory: Employment Discrimination

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061649

OFFICE OF GENERAL COUNSEL
RECEIVED

JUL 0 8 2021

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),

v.

MARICOPA COUNTY COMMUNITY COLLEGE
DISTRICT, et al.
Defendant(s).

Case No. **CV2021-093023**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Kimberly A Eckert /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061657

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

OFFICE OF GENERAL COUNSEL
RECEIVED

JUL 0 8 2021

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
   Plaintiff(s),

v.

                                       Case No. **CV2021-093023**

MARICOPA COUNTY COMMUNITY COLLEGE **SUMMONS**
DISTRICT, et al.
   Defendant(s).

To: KATHLEEN WINN

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061652

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),                                    Case No. **CV2021-093023**
v.
MARICOPA COUNTY COMMUNITY COLLEGE **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: SUSAN BITTER SMITH

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061653

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),                                      Case No. **CV2021-093023**
v.
MARICOPA COUNTY COMMUNITY COLLEGE **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: LINDA THOR

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5843878

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #5643976

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061658

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),
v.                                          Case No. **CV2021-093023**
MARICOPA COUNTY COMMUNITY COLLEGE  **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: MARIE SULLIVAN

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061654

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),
v.                                    Case No. **CV2021-093023**

MARICOPA COUNTY COMMUNITY COLLEGE **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: TOM NERINI

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061651

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),
v.                                          Case No. **CV2021-093023**

MARICOPA COUNTY COMMUNITY COLLEGE **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: JACQUELINE V. SMITH

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #SSA3876

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061655

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),                                    Case No.  **CV2021-093023**
v.
MARICOPA COUNTY COMMUNITY COLLEGE     **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: JEAN MCGRATH

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5843876

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061656

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),                                          Case No.  **CV2021-093023**
v.
MARICOPA COUNTY COMMUNITY COLLEGE    **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: JULISSA MUNOZ

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #584387 6

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
6/28/2021 1:43:11 PM
Filing ID 13061650

Person/Attorney Filing: Kimberly A Eckert
Mailing Address: 5235 S. Kyrene Rd Suite 206
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)456-4497
E-Mail Address: kimeckertmoore@gmail.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015040, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARK KLAMRZYNSKI
Plaintiff(s),                                     Case No. **CV2021-093023**
v.
MARICOPA COUNTY COMMUNITY COLLEGE **SUMMONS**
DISTRICT, et al.
Defendant(s).

To: MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 28, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert #015040
Attorney for Plaitiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9  PM 6: 08

**FILED**
BY  J. Taylor, DEP

IN THE SUPERIOR COURT
COUNTY OF MARICOPA, STATE OF ARIZONA

|  |  |  |
|---|---|---|
| MARK KLAMRZYNSKI | ) ) ) | NO. CV2021-093023 |
| Plaintiff | ) ) ) |  |
|  | ) | CERTIFICATE OF SERVICE |
| MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, ET AL | ) ) ) | BY PRIVATE PROCESS SERVER |
| Defendants | ) ) | |

I, Jeff Bourne, being fully qualified under ARCP 4{e} to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS
COMPLAINT
CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named document was made upon **Jean McGrath, MCCCD Board Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert  #015040
Attorney for Plaintiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9  PM 6: 07

**FILED**
BY J. Taylor, DEP

IN THE SUPERIOR COURT
COUNTY OF MARICOPA, STATE OF ARIZONA

|  |  |  |
|---|---|---|
| MARK KLAMRZYNSKI | ) | |
| | ) | NO. CV2021-093023 |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MARICOPA COUNTY COMMUNITY | ) | BY PRIVATE PROCESS SERVER |
| COLLEGE DISTRICT, ET AL | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

I, Jeff Bourne, being fully qualified under ARCP 4{e} to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS
COMPLAINT
CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named document was made upon **Maricopa County Community College District** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert #015040
Attorney for Plaitiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9 PM 6: 10

FILED
BY J. Taylor, DEP

IN THE SUPERIOR COURT
COUNTY OF MARICOPA, STATE OF ARIZONA

MARK KLAMRZYNSKI          )
                          )     NO. CV2021-093023
        Plaintiff         )
                          )
                          )
                          )     CERTIFICATE OF SERVICE
MARICOPA COUNTY COMMUNITY )     BY PRIVATE PROCESS SERVER
COLLEGE DISTRICT, ET AL   )
                          )
        Defendants        )
                          )
_____)

I, Jeff Bourne, being fully qualified under ARCP 4{e} to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS
COMPLAINT
CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named document was made upon **Susan Bitter Smith, MCCCD Board Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

**LAW OFFICES OF KIMBERLY A. ECKERT**
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert #015040
Attorney for Plaitiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9 PM 6: 09

FILED
BY J. Taylor, DEP

IN THE SUPERIOR COURT
COUNTY OF MARICOPA, STATE OF ARIZONA

MARK KLAMRZYNSKI                )
                                )    NO. CV2021-093023
        Plaintiff               )
                                )
                                )
                                )    CERTIFICATE OF SERVICE
MARICOPA COUNTY COMMUNITY       )    BY PRIVATE PROCESS SERVER
COLLEGE DISTRICT, ET AL         )
                                )
        Defendants              )
                                )

    I, Jeff Bourne, being fully qualified under ARCP 4{e} to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS
COMPLAINT
CERTIFICATE OF COMPULSORY ARBITRATION

    In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

    Service of the above-named document was made upon **Linda Thor, MCCCD Board Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

_____
JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert  #015040
Attorney for Plaitiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9  PM 6: 09

. FILED
BY J. Taylor, DEP

IN THE SUPERIOR COURT
COUNTY OF MARICOPA, STATE OF ARIZONA

MARK KLAMRZYNSKI                    )
                                    )
        Plaintiff                   )     NO. CV2021-093023
                                    )
                                    )
                                    )
                                    )     CERTIFICATE OF SERVICE
MARICOPA COUNTY COMMUNITY           )     BY PRIVATE PROCESS SERVER
COLLEGE DISTRICT, ET AL             )
                                    )
        Defendants                  )
_____)

    I, Jeff Bourne, being fully qualified under ARCP 4{e} to serve process within the State of Arizona and having been appointed by Maricopa
County Superior Court, did receive the following documents:

SUMMONS
COMPLAINT
CERTIFICATE OF COMPULSORY ARBITRATION

    In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time
shown below.

        Service of the above-named document was made upon **Julissa Munoz, MCCCD Board
Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E.
Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

JEFF BOURNE #5585

    I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert #015040
Attorney for Plaitiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9 PM 6: 09

FILED
BY J. Taylor, DEP

IN THE SUPERIOR COURT
COUNTY OF MARICOPA, STATE OF ARIZONA

MARK KLAMRZYNSKI                              )
                                              )
        Plaintiff                             )        NO. CV2021-093023
                                              )
                                              )
                                              )
MARICOPA COUNTY COMMUNITY                     )        CERTIFICATE OF SERVICE
COLLEGE DISTRICT, ET AL                       )        BY PRIVATE PROCESS SERVER
                                              )
        Defendants                            )
                                              )
_____ )

I, Jeff Bourne, being fully qualified under ARCP 4{e} to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS
COMPLAINT
CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named document was made upon **Marie Sullivan, MCCCD Board Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert #015040
Attorney for Plaitiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9 PM 6: 09

**FILED**
BY  J. Taylor, DEP

## IN THE SUPERIOR COURT
## COUNTY OF MARICOPA, STATE OF ARIZONA

MARK KLAMRZYNSKI                )
                                )          NO. CV2021-093023
          Plaintiff             )
                                )
                                )
                                )
MARICOPA COUNTY COMMUNITY       )          CERTIFICATE OF SERVICE
COLLEGE DISTRICT, ET AL         )          BY PRIVATE PROCESS SERVER
                                )
          Defendants            )
                                )

I, Jeff Bourne, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS
COMPLAINT
CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named document was made upon **Tom Nerini, MCCCD Board Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert #015040
Attorney for Plaintiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9  PM 6: 08

**FILED**
BY J. Taylor, DEP

## IN THE SUPERIOR COURT
## COUNTY OF MARICOPA, STATE OF ARIZONA

MARK KLAMRZYNSKI                )
                                )
                                )     NO. CV2021-093023
        Plaintiff               )
                                )
                                )
                                )
                                )     CERTIFICATE OF SERVICE
MARICOPA COUNTY COMMUNITY       )     BY PRIVATE PROCESS SERVER
COLLEGE DISTRICT, ET AL         )
                                )
        Defendants              )
_____)


I, Jeff Bourne, being fully qualified under ARCP 4{e} to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

### SUMMONS
### COMPLAINT
### CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.


Service of the above-named document was made upon **Kathleen Winn, MCCCD Board Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.


DATED: 7/8/21

JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

LAW OFFICES OF KIMBERLY A. ECKERT
5235 S. Kyrene Rd. Suite 206
Tempe, AZ 85283
480 456 4497
Kimberly A. Eckert #015040
Attorney for Plaitiff

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2021 JUL -9 PM 6:08

FILED
BY J. Taylor, DEP

## IN THE SUPERIOR COURT
## COUNTY OF MARICOPA, STATE OF ARIZONA

|  |  |  |
|---|---|---|
| MARK KLAMRZYNSKI | ) | |
| | ) | |
| | ) | NO. CV2021-093023 |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MARICOPA COUNTY COMMUNITY | ) | BY PRIVATE PROCESS SERVER |
| COLLEGE DISTRICT, ET AL | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

I, Jeff Bourne, being fully qualified under ARCP 4{e) to serve process within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

### SUMMONS
### COMPLAINT
### CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named document was made upon **Jacqueline V. Smith, MCCCD Board Member,** by leaving a copy with Lori Herigstad, Paralegal, at 1:15pm on July 8, 2021 at 4001 E. Southern Ave., Phoenix, AZ 85042.

DATED: 7/8/21

_____
JEFF BOURNE #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

# EXHIBIT B

1
2
3
4
5
6

Justin S. Pierce (State Bar #022646)
**PIERCE COLEMAN PLLC**
7730 E. Greenway Road, Suite 105
Scottsdale, Arizona  85260
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
*Attorneys for Defendant Maricopa County*
*Community College District*

7
8
9

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

10
11
12
13
14
15
16
17
18
19

MARK KLAMRZYNSKI,

     Plaintiff,

v.

MARICOPA COUNTY COMMUNITY
COLLEGE DISTRICT, a jural entity, and
JACQUELINE V. SMITH, SUSAN
BITTER SMITH, LINDA THOR, TOM
NERINI, JEAN MCGRATH, JULISSA
MUNOZ, KATHLEEN WINN, and MARIE
SULLIVAN, as individuals and Governing
Board Members,

     Defendants.

Case No:  CV2021-093023

**NOTICE OF FILING OF NOTICE
OF REMOVAL**

**(Before The Honorable Stephen
Hopkins)**

20
21

**To:**　　**Clerk of Court, Superior Court of the State of Arizona,
　　　　County of Maricopa:**

22
23
24
25
26
27

     PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and

1446, Defendant Maricopa County Community College District and the Governing

Board Members in their official capacities (collectively "MCCCD"), serves this Notice

that it has filed a Notice of Removal of the above-captioned action from this Court to

the United States District Court for the District of Arizona.  A true and correct copy of

the Notice of Removal is attached as Exhibit 1 and is incorporated by reference.  As

28

1

provided in 28 U.S.C. § 1446(d), this Notice effects the removal of this action, and this Court shall proceed no further unless and until this case is remanded.

RESPECTFULLY SUBMITTED this 30th day of July 2021.

**PIERCE COLEMAN PLLC**

By /s/ Justin S. Pierce
    Justin S. Pierce
    7730 E. Greenway Road, Suite 105
    Scottsdale, Arizona 85260
    *Attorneys for Defendant Maricopa County*
    *Community College District*

ORIGINAL of the foregoing transmitted for filing this 29th day of July 2021 with the Clerk of Maricopa County Court via AZTurboCourt and a COPY electronically mailed to:

Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
5235 South Kyrene Road Suite 206
Tempe, Arizona 85283
*Attorneys for Plaintiff*

By:  /s/Karen M. Chenowth

4838-9011-8388, v. 1

2